**TRAFLET & FABIAN**
ATTORNEYS AT LAW
Carriage Court Two
264 South Street
Morristown, New Jersey 07960

Telephone (973) 631-6222
Facsimile (973) 631-6226

Stephen G. Traflet
straflet@trafletfabian.com
Admitted in N.Y. and N.J.

NEW YORK OFFICE
1001 Avenue of the Americas
11th Floor
New York, New York 10018
Tel (212) 244-6199
Fax (212) 859-7313

April 26, 2021

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/29/2021

**VIA ECF**
Hon. Mary Kay Vyskocil, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

Re:  Arch Reinsurance Company v. J.S. Held, LLC, *et al.*
     Civil Action No. 20-cv-05553 (MKV)
     Withdrawal of Motion to Dismiss (Docket No. 68)

Dear Hon. Judge Vyskocil,

This firm represent Respondent Noble Research Institute, LLC ("Noble") in the above-referenced action. I am writing to advise the Court that Petitioner has agreed to dismiss this action as against Noble pursuant to F.R.C.P. 41(a)(1)(A)(ii). Therefore, Noble requests that its motion to dismiss (ECF No. 68) be withdrawn as moot.

A Stipulation of Voluntary Dismissal will be filed by Petitioner's counsel shortly. I appreciate the Court's attention to this matter.

Respectfully submitted,

/s/ Stephen G. Traflet

STEPHEN G. TRAFLET

SGT:ts

cc:  All Counsel of Record *via* ECF

**GRANTED. Noble's motion is WITHDRAWN as moot. The Clerk of Court respectfully is requested to close the motions at ECF 67 and 68. The Court understands ECF 67 to be a duplicate of the notice of motion.
SO ORDERED.**

Date: 4/29/2021
New York, New York

Mary Kay Vyskocil
United States District Judge